FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 17 2017

James N. Hatten, Clerk
By: AmCau Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NO. |
| v. | 1:16-CR-87-1-ODE-LTW |
| FRANKLIN B. TRELL | |

## ORDER

This criminal case is before the Court on Magistrate Judge Linda T. Walker's Final Report and Recommendation and Order Certifying Case Ready for Trial ("R&R") [Doc. 63]. In this R&R, Judge Walker recommends dismissal of Defendant's three increasingly more detailed motions for a Jackson-Denno hearing and to dismiss specific electronic evidence [Docs. 51, 54, 58]. Judge Walker also recommends granting Defendant's Motion to Withdraw [Doc. 59] his Motion to Dismiss the Indictment against him [Doc. 52]. Finally, Judge Walker recommends dismissal of Defendant's Motion for a Bill of Particulars [Doc. 53] as moot because the Government has apparently provided one already [Doc. 63 at 2 n.2].

In reviewing an R&R, the Court "shall make a de novo determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). Absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. Portions of the R&R to which no objection has been made are reviewed for clear error only. Id.

In this case, Defendant has offered no objection to Judge Walker's R&R, and the opportunity for a timely response has elapsed. Having thus reviewed the R&R in full, as well as the underlying motions with which it dispenses, the Court can find no clear error in Judge Walker's recommendations.

Therefore, Judge Walker's R&R [Doc. 63] is ADOPTED IN FULL. For the reasons discussed above and in that R&R, Defendant's various related motions for a hearing and to suppress [Docs. 51, 54, 58] are DENIED. Defendant's Motion to Withdraw his Motion to Dismiss [Doc. 59] is GRANTED, and the underlying Motion to Dismiss the Indictment [Doc. 52] is thus DISMISSED. Finally, Defendant's Motion for a Bill of Particulars [Doc. 53] is DISMISSED AS MOOT.

SO ORDERED this __14__ day of April, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE